UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

YARISSA SUAREZ,

                        Plaintiff,

-against-

SCF CEDAR, LLC, d/b/a SALSA CON
FUEGO, and JOSEPH NIEVES, individually,

                        Defendants.
------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-7-16

1:13-cv-7420 (ALC) (RJE)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANDREW L. CARTER, JR., UNITED STATES DISTRICT JUDGE:

      This matter was referred to Magistrate Judge Ronald E. Ellis pursuant to Orders dated June 8, 2015. Magistrate Judge Ellis issued a Report and Recommendation ("R&R") on March 14, 2016, recommending that Plaintiff's motion to enforce the settlement agreement be granted and judgment be entered in the amount of $22,500. Despite notification of the right to object to the R&R, no objections were filed. When no objection is made, the Court subjects the R&R to a clear error review. *Arthur v. Goord*, No. 06 Civ. 326 (DLC), 2008 WL 482866, at *3 (S.D.N.Y. Feb. 21, 2008) ("To accept those portions of the report to which no timely objection has been made, 'a district court need only satisfy itself that there is no clear error on the face of the record.'" (quoting *Figueroa v. Riverbay Corp.*, No. 06 Civ. 5364 (PAC), 2006 WL 3804581, at *1 (S.D.N.Y. Dec. 22, 2006))). The Court's review finds no clear error.

      In light of the foregoing, the Court **ADOPTS** Magistrate Judge Ellis' R&R.

SO ORDERED.

Dated: November 7, 2016
       New York, New York

                                                ANDREW L. CARTER, JR.
                                                United States District Judge

1